# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                                                 **CASE NO: 6:12-cr-167-Orl-31GJK**

**ALAN ROBERT REYNOLDS**

## ORDER

Upon consideration of Defendant's Motion to Terminate Supervised Release (Doc. 105) and the Government's response thereto (Doc. 107).   It is

**ORDERED** that the motion is **DENIED** without prejudice.  Defendant may refile the motion on or after January 16, 2017, after he has successfully completed one half of his term of supervision.

**DONE** and **ORDERED** in Orlando, Florida on October 12, 2016.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Marshal
United States Attorney
United States Probation Office
United States Pretrial Services Office
Counsel for Defendant